UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

EXHIBIT LIST - CIVIL

```
RECEIVED
MAY 25 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

/___/ Preliminary Injunction      /___/ TRO      /___/ Non-Jury Trial      /X/ Jury Trial

CASE NR **CV 09-274-PHX-JWS**          JUDGE CODE: **JWS**          DATE: **May 16, 2011**

City of Tempe vs Commonwealth Capital Corporation

/ X / PLAINTIFF / PETITIONER                    /___/ DEFENDANT / RESPONDENT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 1. | | 5/5/11 | Amendment to the Agreement between the City of Tempe and NeoReach, Inc. for Use of City Property in Connection with the Operation of a WiFi Network (C2005-76A) |
| 2. | | | Letter dated Feb. 26, 2009 from Andrew Ching to Richard Devlin re: Default Notice for Overdue Payments relating to WiFi Network Nodes (not sent because Complaint was received) |
| 3. | | | Email from Richard Devlin to Jenae Naumann dated 06-24-08 re meeting w/ Tempe re: Wifi Equipment |
| 4. | | 5/5/11 | Email from Richard Devlin to Andrew Ching w/ cc to Jenae Naumann dated 04-14-08 re: Staff Summary Report |
| 5. | | | Appraisal Report for Commonwealth Capital Corporation prepared by Peter Daley, Accredited Senior Appraiser with DMC Valuations Group, Costa Mesa, CA October 2008 |
| 6. | | 5/5/11 | Email from Jenae Naumann to Richard Devlin w/ cc to Andrew Ching dated 01-12-09 re: Ttempe WiFi Network |
| 7. | | 5/5/11 | Email from David Heck to Jenae Naumann dated 12-17-08 re: Potential Wireless Network Solutions |
| 8. | | 5/5/11 | Email from Richard Devlin to Jenae Naumann w/ cc to Tim McCormick dated 12-17-08 re Mobilepro/Commonwealth - Tempe Wireless Assets |
| 9. | | 5/5/11 | Letter from Andrew Ching to Richard Devlin dated |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| | | | 12-22-08 re: WiFi Nodes with FedEx Documents |
| 10. | | 5/5/11 | Letter from Andrew Ching to Richard Devlin dated 12-04-08 re: Fee for Usage of the Right-of-Way and Electricity Charges with FedEx Documents |
| 11. | | 5/5/11 | Letter from Andrew Ching to Richard Devlin dated 10-28-08 re: WiFi Network Nodes |
| 12. | | 5/5/11 | Email from Jenae Naumann to Richard Devlin w/ cc to Andrew Ching dated 06-16-08 re: Meeting with Tempe re: WIFI equipment |
| 13. | | 5/5/11 | Staff Summary Report for Council Meeting dated 04/17/08 |
| 14. | | 5/5/11 | Letter to Andrew Ching from Richard Devlin dated 02-04-08 re: Notice of Default/Abandonment under WiFi License Agreement between Gobility, Inc. dba Kite Networks and the City of Tempe |
| 15. | | | Jenae Naumann's Confidential Legal Work Product WiFi Players dated September 3, 2007 (Comm) |
| 16. | | | Email from Graeme Gibson to Dave Heck w/ cc to Jenae Naumann and Alex Smith dated 09-25-09 re: WAZ network restart attempt update |
| 17. | | | CTC - Restart WAZ; A Report to the City of Tempe from Graeme Gibson not dated |
| 18 | | | Email from Dave Heck to Jenae Naumann dated 08-01-08 re: CTC Project |
| 19. | | | Email from Jenae Naumann to Graeme Gibson and Dave Heck w/ cc: Dave Heck dated 06-25-08 re: Wi-Fi Network Agreement for Use of City Property 2008 062508 redline |
| 20. | | 5/5/11 | Letter from Andrew Ching to Jay Wright dated 11-25-08 re: Unauthorized Encroachment of WiFi Nodes in Tempe's Right-of-Way-Letter never sent |
| 21. | | | Letter from Tammy Martin to Andrew Ching dated 11-25-08 re: Kite Networks, Inc.; and Facsimile Transmittal w/ letter attached |
| 22. | | | Letter from Andrew Ching to The Corporation Trust Company registered agent for MobilePro Corp dated |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| | | | 11-20-08 re: letter fedexed to Mobile Pro |
| 23. | | | Jenae Naumann notes dated 12-04-08 re: Call from Walter Stranzl |
| 24. | | | Email from Dave Heck to Jenae Naumann dated 04-03-08 re: WiFi units |
| 25. | | | Jenae Naumann's Notes (6 mos rent) |
| 26. | | | Jenae Naumann's Notes (450 nodes per month) |
| 27. | | | Jenae Naumann's Notes (dated 01/18/08) |
| 28. | | | Jenae Naumann's Notes (fiber network in AZ) |
| 39. | | | Jenae Naumann's Notes (dated 04/11/08) |
| 30. | | | Jenae Naumann's Notes (dated 05/02/08) |
| 31. | | | Jenae Naumann's Notes (dated 01/12/09) |
| 32. | | | Jenae Naumann's Notes (dated 11/01/08) |
| 33. | | | Jenae Naumann's Notes (dated 06/24/08) |
| 34. | | | Jenae Naumann's Notes (dated 12/04/008) |
| 35. | | | Letter to George Hicks from Catherine Bowman dated 02/24/11 re: Commonwealth Capital Corporation v. City to Tempe; CV09-00274-PHX-JWS (re: Offer of 02/23/11) |
| 36. | | | Email from Cathy Bowman to George Hicks, Jr., Judi Baumann and Andy Goh dated 01/11/11 re: Commonwealth contact |
| 37. | | | Email from Cathy Bowman to Michael Schmitz w/ cc to George Hicks, Jr. dated 01/05/11 re: Commonwealth Capital Corporation v. City of Tempe, et al. (re: permitting process) |
| 38. | | | Email from Cathy Bowman to George Hicks dated 04/09/10 re: MobilePro copying proposal (07096813) |
| 39 | | | Email from Cathy Bowman to Michael Schmitz and George Hicks, Jr. dated 01/18/11 (agreement as to allocation of nodes Tempe proposed) |
| 40. | | | Email from Cathy Bowman to Michael Schmitz and George Hicks, Jr. dated 01/25/11 re: Commonwealth |

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| | | | (acceptance as to division of nodes Tempe proposed) |
| 41. | | | Email from Cathy Bowman to George Hicks, Jr. and Michael Schmitz dated 12/28/10 re: Commonwealth (acceptance to remove 667 nodes from residential streets) |
| 42. | | | Email from Cathy Bowman to Michael Schmitz dated 12/20/10 re: List of Nodes |
| 43. | | | Email from Cathy Bowman to Michael Schmitz dated 12/15/10 re: (mediation scheduling) |
| 44. | | | Email from Cathy Bowman to Michael Schmitz w/ cc to Andrew Ching and Judi Baumann dated 12/21/10 (City Code Sec. 29-19) |
| 45. | | | Email from Cathy Bowman to Michael Schmitz dated 12/21/10 re: Extra Arterials (w/ attachment - list of nodes) |
| 46 | | | Email from Michael Schmitz to Cathy Bowman dated 12/23/10 re: (response to email re: city code) |
| 47. | | 5/5/11 | City Poles Report: Tempe, As of: 12/20/2006 2:10:93 PM |
| 48. | | | Emails disclosed by MobilePro - MP 0001-MP 0577 |
| 49. | | 5/5/11 | Affidavit of henry Abbott with attachments |
| 50. | | 5/5/11 | Contract C2005-76 between Tempe and NeoReach, 8/18/05 |
| 51. | | | SEC Form 10-Q filed by MobilePro Corp. for the Quarter Ended 9/30/06 |
| 52. | | 5/5/11 | Letter of 1/30/08, from Tempe to Gobility |
| 53. | | | **Duplicates exhibit 14**, *not separately admissible - Letter of 2/4/08, from Plaintiff to Tempe* |
| 54. | | 5/5/11 | Letter 05 2/29/08, from Tempe to Gobility |
| 55. | | 5/5/11 | Letter of 4/30/08, from Tempe to Gobility |
| 56. | | 5/5/11 | Letter of 10/28/08, from Tempe to Plaintiff |
| 57. | | 5/5/11 | Letter of 12/4/08, from Tempe to Plaintiff |
| 58. | | 5/5/11 | Letter of 12/28/08, from Tempe to Plaintiff |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 59. | | | Minutes, Tempe City Council Meeting, April 21, 2005 |
| 60. | | | Exhibit B to Tempe's Reply Motion for Summary Judgment - Emails between counsel re: Commonwealth |
| 61. | | 5/5/11 | Court's Order dated 04/27/10 re: Entering Partial Judgment in favor of Commonwealth and against MobilePro in the amount of $904,620.00 (Doc. 44) |
| 62 | | | Letter from George R. Hicks, Jr. to Catherine M. Bowman dated 08/23/10 re:  Commonwealth (offer to compromise) |
| 63. | | | Letter from George R. Hicks, Jr. to Catherine M. Bowman dated 02/23/11 re:  Commonwealth (response to Tempe's settlement demand) |
| 64. | | | Letter from Catherine Bowman to George Hicks dated 02/14/11 re:  stipulation to continuance of settlement conference |
| 65. | | | Letter from George Hicks to Catharine Bowman dated 02/14/11 re:  response to Feb. 3, 2011 letter |
| 66. | | | Letter from Catherine Bowman to George Hicks dated 02/03/11 re:  response to Jan. 28, 2011 letter |
| 67. | | | Letter from George Hicks to Catherine Bowman dated 01/28/11 re:  Judge Aspey's Order |
| 68. | | | Letter from George Hicks to Catherine Bowman dated 12/15/10 re:  response to Dec. 14, 2010 letter |
| 69. | | | Letter from Catherine Bowman to George Hicks dated 12/14/10 re:  Court's Order and Opinion dated 10/05/10 |
| 70. | | | Letter from Catherine Bowman to George Hicks dated 09/17/10 re:  response to Sept. 8, 2010 letter |
| 71. | | | Letter from George Hicks to Catherine Bowman dated 09/08/10 re:  response to recent letter re:  rental fee |
| 72. | | | Letter from Catherine Bowman to George Hicks dated 08/25/10 re:  rejection of settlement offer |
| 73 | | | Photos of Nodes on Poles |
| 74. | | | Node |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 75. | | | Map of Node Location |
| 76. | | 5/5/11 | Doc. 27, Scheduling and Planning Conference Report |
| 77. | | | Doc. 1, Plaintiff's Complaint |
| 78. | | | Doc. 13, Tempe's Answer, Counterclaim, etc. |
| 79. | | | Doc. 20, Plaintiff/Counter-Defendant Commonwealth's Reply to Counterclaim of Defendant/Counter-Claimant City of Tempe |
| 80. | | | Doc. 21, MobilePro's Answer and Counterclaim |
| 81. | | | Doc. 27, Scheduling and Planning Conference Report with Protocol for Discovery of Electronic Documents ("E-Discovery") |
| 82. | | | Doc. 47, Motion for Partial Summary Judgment and Statement of Facts |
| 83. | | | Doc. 47-1, Plaintiff/Counter-Defendant Commonwealth Capital Corporation's Statement of Material Facts in Support of its Motion for Partial Summary Judgment |
| 84. | | | Doc. 47-12, Plaintiff/Counter-Defendant Commonwealth Capital Corporation's Memorandum of Law in Support of its Motion for Partial Summary Judgment |
| 85. | | | Doc. 47-13, Proposed Order Granting: Plaintiff/Counter-Defendant Commonwealth Capital Corporation's Motion for Partial Summary Judgment |
| 86. | | | Doc. 82, Plaintiff's Response to: Tempe's Request to Withdraw its Response to Commonwealth's Motion for Summary Judgment; and Request that Partial Summary Judgment be Entered in Favor of Commonwealth |
| 87. | | | Doc. 83, Plaintiff's Motion to Dismiss its Complaint with Prejudice to Fed.R.Civ.P.41(a)(2) |
| 88 | | | Doc. 84, Tempe's Motion in Limine re: Commonwealth's Judicial Admission regarding the Ownership of the Nodes, the Fair Market Value or Rent and the Ability to Identify the Property |
| 89. | | 5/17/11 | CCC's 10 K |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 90 | | 5/17/11 | Summary of terms |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Rev. 9/23/99